# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**TONY LOGAN**                                                                                          **PETITIONER**

VS.                             CASE NO.: 5:14CV00112 JLH/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

On March 25, 2014, Tony Logan filed the pending petition for a writ of habeas corpus under 28 U.S.C. §2254.  (Docket entry #2)  Respondent Ray Hobbs filed a response on April 18, 2014, arguing in part that Mr. Logan's petition is moot due to his parole approval.  (#5)  On April 28, 2014, Mr. Logan replied, but did not address whether his petition was moot.  (#7)  On May 7, 2014, Mr. Hobbs supplemented his response to confirm that Mr. Logan had been paroled.  (#11)  Mr. Logan's change of address confirms his paroled status.  (#13)

It appears that Mr. Logan's release has mooted his petition because he no longer presents a case-or-controversy under Article III, § 2, of the Constitution.  See *Spencer v. Kemna*, 523 U.S. 1, 118 S.Ct. 978 (1998).  As it stands, Mr. Logan's petition does not describe an actual injury he is currently suffering that this Court could remedy. Accordingly, Mr. Logan will have fourteen (14) days from the entry of this Order to file a reply addressing this issue.  To avoid dismissal, Mr. Logan must identify specific, concrete injuries he is currently suffering due to his parole revocation.

DATED this 14th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE