**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TONY LOGAN                                                                    PETITIONER

v.                                          NO. 5:14CV00112 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                 RESPONDENT

**<u>JUDGMENT</u>**

In accordance with the Court's Order entered this date, Tony Logan's 28 U.S.C. § 2254

petition for writ of habeas corpus is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 3rd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE